UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24 CR 570 RWS |
| | ) | |
| CHARLES SHURN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Defendant Charles Shurn, Jr. has filed a motion for a sentence reduction pursuant to United States Sentencing Guidelines Amendment 821. Shurn is incarcerated at the Federal Bureau of Prisons facility in FCI Oxford, Oxford, WI. Shurn asserts that he is eligible for a sentence reduction because he believes that he received an additional 2 status points in his criminal history score for committing the offence in this case while he was under another criminal justice sentence.

A Presentence Investigation Report was prepared in this case that calculated Shurn's criminal history score to be a 4. The Sentencing Guidelines previously imposed an additional 2 criminal history status points on defendants who committed a new offense while under any criminal justice sentence. However, on November 1, 2023, Amendment 821 amended § 4A1.1(d) of the Sentencing Guidelines and now only imposes an additional 1 criminal history status point

where a defendant has 7 or more criminal history points and committed the instant offense while under any criminal justice sentence. § 4A1.1(e). This amended rule was in effect at the time of Shurn's sentencing. Because Shurn had only 4 criminal history points, no additional points were added for committing the instant offense while under another criminal justice sentence. As a result, Amendment 821 does not apply in Shurn's case and he is not eligible for a sentence reduction under Amendment 821. To the extent that Shurn seeks a reduced sentence based on the factors set out in 18 U.S.C. § 3553(a), that ground is also denied. Those factors were thoroughly considered at the time of his sentencing on June 24, 2025.

Accordingly,

**IT IS HEREBY ORDERED that** Defendant Charles Shurn, Jr.'s motion for a sentence reduction pursuant to Amendment 821 [50] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATE DISTRICT JUDGE

Dated this 31st day of August 2026.